UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
                                                           :
IN RE EATON VANCE CORPORATION                              :  No. 01 CV 10911 EFH
SECURITIES LITIGATION                                      :
                                                           :
                                                           :
---------------------------------------------------------- x

## *E.F.H.* [PROPOSED] ORDER CONCERNING DISTRIBUTION OF NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND RELATED MATTERS

WHEREAS Lead Plaintiffs, on behalf of the certified Class, have moved this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order: (a) authorizing distribution of the Net Settlement Fund to Authorized Claimants, including late claimants; (b) authorizing Complete Claim Solutions, LLC ("CCS"), the Claims Administrator, to deem timely otherwise eligible claims that were submitted after the May 31, 2006 postmark deadline but received on or before April 25, 2007; (c) authorizing payment of the fees charged and expenses incurred by the Claims Administrator, including estimated fees and expenses to completion, in the amount of $820,532.56; and (d) authorizing Lead Counsel to reallocate to Authorized Claimants (including Late Claimants) any residual funds remaining (whether by reason of tax refunds, uncashed checks, or otherwise) after six (6) months from the date of distribution of the Net Settlement Fund, provided such reallocation is economical, and to thereafter donate any balance remaining fifty percent to Public Citizen and fifty percent to The Peggy Browning Fund, private, nonsectarian, not-for-profit organizations with 501(c)(3) tax deductible status, and good cause appearing therefor,

the Court hereby ORDERS as follows:

1.  The motion is granted in its entirety.

2. The Net Settlement Fund shall be distributed forthwith to Authorized Claimants, including Late Claimants, consistent with the Plan of Allocation of the Net Settlement Fund previously approved by the Court by Order dated April 26, 2006 (Document 185).

3. Otherwise eligible claims that were submitted after the May 31, 2006 postmark deadline but received on or before April 25, 2007 are hereby deemed timely and shall be included in the Settlement.

4. CCS shall be paid fees and expenses from the Net Settlement Fund, including estimated fees and expenses for future services, in the total amount of $820,532.56.

5. Six months following the distribution of the Net Settlement Fund to Authorized Claimants, including Late Claimants, any residual, unclaimed balance of the Net Settlement Fund shall be reallocated to Authorized Claimants (including Late Claimants), provided such reallocation is economical, and any balance remaining shall thereafter be donated fifty percent to Public Citizen and fifty percent to The Peggy Browning Fund, private, nonsectarian, not-for-profit organizations with 501(c)(3) tax deductible status.

IT IS SO ORDERED.

Dated: May 23, 2007.

HON. EDWARD F. HARRINGTON
UNITED STATES DISTRICT JUDGE